**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**


**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JOEY D. HAMPTON,**

**Defendant.**                                                    **No. 09-30175-DRH**

## <u>MEMORANDUM and ORDER</u>

**HERNDON, Chief Judge:**

Pending before the Court is defendant's March 26, 2012 motion to continue (Doc. 28). Counsel indicates a need for additional time to resolve various pretrial matters. Additionally, the government does not object to a continuance. The Court being fully advised in the premises finds counsel and defendant require additional time to prepare for trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice. Further, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the Court **GRANTS** defendant's motion to continue (Doc. 28). The Court **CONTINUES** the jury trial scheduled for April 2, 2012 to May 7, 2012 at 9:00

a.m.  The time from the date the motion to continue was filed, March 26, 2012, to when the trial is rescheduled, May 7, 2012, is excludable time for the purposes of the Speedy Trial Act.

Lastly, should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED**.

Signed this 28th day of March, 2012.

David R. Herndon
2012.03.28
21:54:05 -05'00'

**Chief Judge**
**United States District Court**