IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-cr-30175-SMY |
| | ) |
| JOEY D. HAMPTON, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Joey D. Hampton pled guilty to Possession with Intent to Distribute Cocaine (Count 1). He was sentenced to 120 months imprisonment and 4 years of supervised release on November 29, 2012 (Doc. 58). Now pending before the Court is Hampton's Motion for Early Termination of Supervised Release (Doc. 73), to which the United States and Probation object (Doc. 76).

After considering the relevant factors listed in 18 U.S.C. § 3553(a), the Court may terminate a defendant's term of supervised release at any time after he has served one year of the term if it is satisfied that early termination is warranted by the defendant's conduct and the interest of justice. 18 U.S.C. § 3583(e)(1); *United States v. Lowe*, 632 F.3d 996, 997 (7th Cir. 2011). Hampton has an extensive criminal history and Probation reports that he was arrested for the offense of false statement to obstruct a police officer while on supervised release. The Government opposes early termination on that basis.

The Court agrees with the Government and finds that early termination of supervised release is not appropriate at this time. Accordingly, Defendant's Motion for Early Termination of Supervised Release (Doc. 73) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** January 5, 2022

**STACI M. YANDLE**
**United States District Judge**